IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM DANIEL BATZ,

    Plaintiff,

v.

HOLLY OZOWSKI, TINA GENSLER,
BRITT WOLFE, JOSEPH RUHNKE, and
MIKE GLASS,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-452-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                                          10/19/2018

Peter Oppeneer, Clerk of Court                 Date